# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ENVIRONMENTAL PROTECTION
AGENCY, EFFLUENT LIMITATIONS GUIDELINES
AND STANDARDS FOR THE STEAM ELECTRIC
POWER GENERATING POINT SOURCE CATEGORY,
DEADLINE EXTENSIONS, 90 FED. REG. 61328,
PUBLISHED ON DECEMBER 31, 2025**

MCP No.  199

(SEE ATTACHED SCHEDULE)

## CONSOLIDATION ORDER

The Environmental Protection Agency issued a final rule, which was published in the Federal Register on December 31, 2025. On February 5, 2026 the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in three circuit courts of appeal as follows: Second Circuit, Fourth Circuit, and Ninth Circuit.

The Panel has randomly selected the United States Court of Appeals for the Second Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Second Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Delora Davis, Operations Supervisor
Random Selector

Jessica Centes, Operations Support Specialist
Witness

**IN RE: ENVIRONMENTAL PROTECTION
AGENCY, EFFLUENT LIMITATIONS GUIDELINES
AND STANDARDS FOR THE STEAM ELECTRIC
POWER GENERATING POINT SOURCE CATEGORY,
DEADLINE EXTENSIONS, 90 FED. REG. 61328,
PUBLISHED ON DECEMBER 31, 2025**                    MCP No. 199

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Second Circuit, No. 26-128 | Waterkeeper Alliance, Inc. et al. v. U.S. EPA et al. |
| Fourth Circuit, No. 26-1072 | Appalachian Voices et al. v. U.S. EPA et al. |
| Ninth Circuit, No. 26-416 | Center for Biological Diversity v. U.S. EPA et al. |